SMYTHE v. NEW ORLEANS LAND CO. et al.

(Circuit Court of Appeals, Fifth Circuit. February 7, 1911.)

No. 2,117.

APPEAL AND ERROR (§ 395*)—PROCEEDINGS FOR TRANSFER OF CAUSE—EFFECT OF INFORMALITY IN BOND.

Where a writ of error is allowed, and citation duly issued and served, an informality in the bond, or in its approval, will not affect the appellate jurisdiction.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. § 3127; Dec. Dig. § 395.*]

In Error to the Circuit Court of the United States for the Eastern District of Louisiana.

Action at law by Andrew W. Smythe against the New Orleans Land Company and others. Judgment for defendants, and plaintiff brings error. Affirmed.

Gustave Lemle and F. Rivers Richardson, for plaintiff in error. Chas. Louque, for defendants in error.

Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. Where a writ of error is allowed, and citation duly issued and served, an informality in the bond, or in its approval, will not affect the appellate jurisdiction. See O'Reilly v. Edrington, 96 U. S. 724, 24 L. Ed. 659; Hudson v. Parker, 156 U. S. 287, 15 Sup. Ct. 450, 39 L. Ed. 424.

The assignments of error herein complain, first, of a refusal to direct a verdict for the plaintiff; and, second and third, of excerpts from the judge's charge. From a consideration of the evidence and the judge's full charge to the jury, given in the transcript, we conclude that the evidence made a case for the jury, and that the charge, taken as a whole and in the light of the evidence, was not incorrect or misleading, so as to constitute reversible error.

The judgment of the Circuit Court is affirmed.

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes